[Nos. 37116-2-II; 37296-7-II.   Division Two.   March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID SANCHEZ, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID SANCHEZ, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04530-2, Rosanne Buckner, J., entered November 21, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37167-7-II.   Division Two.   March 31, 2009.]

CRAIG STOVER, *Appellant*, v. PIERCE COUNTY CORRECTIONS HEALTH CLINIC ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated July 21, 2009. Substitute opinion filed. See 151 Wn. App. 1017.

[No. 37168-5-II.   Division Two.   March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01845-1, Serjio Armijo, J., entered December 14, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.